| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | RICHARD C. CHENG (CABN 135992)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 7 | richard.cheng@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 13 CR 00564-GLJ |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND [] ORDER |
| v. | ) ) | |
| JOHN THANH VO, ET.AL. | ) ) | |
| Defendant. | ) ) | |

### STIPULATION

Defendants JOHN THANH VO and ANTHONY JAMES AGUAS are presently scheduled for change of plea on May 22, 2014, at 1:30 p.m. Given recent scheduling issues faced by both defense counsels, specifically the illness of Robert Lyons, the defense attorney for defendant JOHN THANH VO, and the unavailability of Mark Arnold, the defense attorney for defendant ANTHONY JAMES AGUAS, due to a multi-defendant preliminary examination, neither defendants are able to proceed with a change of plea on May 22, 2014. Accordingly, the parties stipulate that the change of plea hearing presently scheduled for May 22, 2014, be continued to June 19, 2014, at 1:30 p.m. Time has previously been excluded through May 22, 2014, from the Speedy Trial Act calculations for effective preparation of counsel. All parties join in the request to further exclude time from the Speedy Trial Act again for

STIPULATION AND [] ORDER
CR 13-00564-GLJ

1 effective preparation of counsel to the date of June 19, 2014, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
2 and (B)(iv).

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney |
| Dated:  May 19, 2014 | /s/<br>RICHARD CHENG<br>Assistant United States Attorney |
| Dated:  May 19, 2014 | /s/<br>ROBERT LYONS<br>Attorney for Defendant JOHN THANH VO |
| Dated:  May 19, 2014 | /s/<br>MARK ARNOLD<br>Attorney for Defendant ANTHONY AGUAS |

### [] ORDER

For the reasons stated in the Stipulation to Continue Change of Plea Hearing, and for good cause shown, the Court continues the change of plea hearing with respect to the defendants JOHN THANH VO and ANTHONY JAMES AGUAS, which is currently set for May 22, 2014, at 1:30 p.m., to take place instead on **June 19, 2014, at 1:30 p.m.**

DATED:  5/21/14

HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER
CR 13 CR 00564-DLJ                                           2