**ARNOLD LAW FIRM**
MARK A. ARNOLD (SBN 94872)
45 East Julian Street
San Jose, CA 95112
Telephone: (408) 286-6320
Fax: (408) 286-9155

Attorney for Defendant
Anthony Aguas

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ANTHONY JAMES AGUAS, ET. AL., ) <br> ) <br> Defendant, ) <br> _____ ) | No. 13-OO564-DLJ <br><br> **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND [PROPOSED] ORDER** |

    Defendants JOHN THANH VO and ANTHONY JAMES AGUAS are presently scheduled for change of plea on June 19, 2014, at 1:30 p.m. Robert Lyons, the attorney retained to represent defendant JOHN THANH VO, has advised Co-counsel and the Government that his law partner has resigned from the partnership, requiring Mr. Lyons to make over twenty court appearances during the next two weeks. As such, he has requested that the change of plea and disposition date be continued until after Mr. Lyons has returned from vacation in July. Mr. Lyons further represents that he has communicated with Richard Cheng, the Assistant United States Attorney assigned to this matter From that communication. Mr. Lyons represents that Mr. Cheng also agrees to stipulate to the continuance of the disposition date.

    Accordingly, the parties stipulate that the change of plea hearing presently scheduled for

1  June 19, 2014, be continued to July 31, 2014, at 1:30 p.m.

2  Time has previously been excluded through June 19, 2014, from the Speedy Trial Act

3  calculations for effective preparation of counsel. All parties join in the request to further exclude

4  time from the Speedy Trial Act again for effective preparation of counsel to the date of July 31,

5  2014, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7  It is so stipulated.

    Dated: June 13, 2014                    _____/s/_____
                                            Mark Arnold
                                            Attorney for Anthony Aguas

    Dated: June 13, 2014                    _____/s/_____
                                            Robert Lyons
                                            Attorney for John Vo

    Dated: June 13, 2014                    _____/s/_____
                                            Richard Cheng
                                            Assistant United States Attorney

### [PROPOSED] ORDER

For the reasons stated in the Stipulation to Continue Change of Plea Hearing, and for good cause shown, the Court continues the change of plea hearing with respect to the defendants JOHN THANH VO and ANTHONY JAMES AGUAS, which is currently set for June 19, 2014, at 1:30 p.m., to take place instead on **July 31, 2014, at 1:30 p.m.**

DATED: _____

_____
HONORABLE D. LOWELL JENSEN
United States District Judge

2