1 **ARNOLD LAW FIRM**
MARK A. ARNOLD (SBN 94872)
2 45 East Julian Street
San Jose, CA 95112
3 Telephone: (408) 286-6320
Fax: (408) 286-9155

5 Attorney for Defendant
Anthony Aguas

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-OO564-DLJ |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND [PROPOSED] ORDER** |
| ANTHONY JAMES AGUAS, ET. AL., | |
| Defendant, | |

Defendants JOHN THANH VO and ANTHONY JAMES AGUAS are presently scheduled for change of plea on September 4, 2014, at 9:00 a.m. ~~1:30 p.m.~~ Mr. Aguas has been in custody since being detained in this matter. Over the course of the last several months, Mr. Aguas has developed physical and mental health issues that have effected his state of mind to the extent that we have been unable to finalize the expected resolution in this matter. Mr. Aguas has (after long delay) been seen by the medical staff at the jail, and treatment prescribed. It is now anticipated that Mr. Aguas will be in a state of mind heathy enough to allow resolution discussions to proceed, and that he will be prepared to enter a change of plea by October 16, 2014. The Assistant United States Attorney assigned to this matter, Richard Cheng, and the attorney for Mr Vo, Robert Lyons have no objection to continuing this matter for change of plea to October 16, 2014

Accordingly, the parties stipulate that the change of plea hearing presently scheduled for September 4, 2014, be continued to October 16, 2014, at ~~1:30 p.m.~~ **9:00 a.m.**

Time has previously been excluded through September 4, 2014, from the Speedy Trial Act calculations for effective preparation of counsel. All parties join in the request to further exclude time from the Speedy Trial Act again for effective preparation of counsel to the date of October 16, 2014, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is so stipulated.

Dated: September 2, 2014                    _____/s/_____
                                            Mark Arnold
                                            Attorney for Anthony Aguas

Dated: September 2, 2014                    _____/s/_____
                                            Robert Lyons
                                            Attorney for John Vo

Dated: September 2, 2014                    _____/s/_____
                                            Richard Cheng
                                            Assistant United States Attorney

## ~~[PROPOSED]~~ ORDER

For the reasons stated in the Stipulation to Continue Change of Plea Hearing, and for good cause shown, the Court continues the change of plea hearing with respect to the defendants JOHN THANH VO and ANTHONY JAMES AGUAS, which is currently set for September 4, 2014, at ~~1:30 p.m.~~, to take place instead on **October 16, at** ~~1:30 p.m.~~ **9:00 a.m.** **9:00 a.m.**

DATED: **9/3/14**

_____
HONORABLE D. LOWELL JENSEN
United States District Judge